UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRE MOORE,

                Plaintiff,

    -against-

LIEUTENANT CAINE and LALCHAN SINGH

                Defendants.
------------------------------------------------------------------X

**ORDER**
**15 CV 2062 (CBA)(LB)**

**BLOOM, United States Magistrate Judge:**

    Plaintiff, who is proceeding *pro se*, requests a certificate of Defendants' default and in an attached affirmation asserts that Defendants have been served with the complaint and summons but have failed to appear or respond. (ECF Nos. 6, 7.) However, the U.S. Marshals Service is effecting service of the complaint and summons on Plaintiff's behalf and has not yet filed proof of service. Until proof of service on both defendants is filed, any request for default must be denied.

SO ORDERED.

                                              /S/ Judge Lois Bloom
                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: June 16, 2015
       Brooklyn, New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 16 2015 ★
BROOKLYN OFFICE