FILED
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANDREW MOORE,

          Plaintiff,

-against-

LIEUTENANT CAINE and LALCHAN SINGH,

          Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
15-CV-2062 (CBA) (LB)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Lois Bloom, United States Magistrate Judge, recommending the dismissal of this case with prejudice for plaintiff Andrew Moore's failure to comply with Court orders and for failure to prosecute pursuant to Federal Rules of Civil Procedure 37(b)(2) and 41(b). (See D.E. # 28.) No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court. Accordingly, this action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 37(b)(2) and 41(b). The Clerk of Court is directed to enter judgment accordingly.

      SO ORDERED.

Dated: July 28, 2016
      Brooklyn, New York

          s/Carol Bagley Amon

          Carol Bagley Amon
          United States District Judge